EXHIBIT J

LAW OFFICES OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007
(212) 227-2780

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

January 18, 2010

By Mail and Email-jcullum@cooley.com

Janet L. Cullum, Esq
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, New York 10036

Re: Xenomics, Inc. v. Sequenom, Inc.

Dear Ms. Cullen,

I have your letter of January 15, 2010.

Cutting through the verbiage, it appears that you want to do everything possible to delay discovery and I want to proceed with discovery.

For the purpose of attempting to reach an agreement, to avoid burdening the Court and to settle our dispute, I had agreed to put off your document response until February 12, 2010 and to take depositions in San Diego, at least for this round, provided all witnesses were produced to avoid making more than one trip.

I look forward to your Rule 26(f) plan.

I disagree with you that despite the main reason previously stated for moving this case to San Diego no longer exists, you would still like to change the venue to San Diego, with which I disagree. We will raise this with the Court at our preliminary conference.

Very truly yours,

David Jaroslawicz

DJ/mw