EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

XENOMICS, INC.                                              09 Civ. 10192 (RMB)

                        Plaintiff,                    **_NOTICE OF DEPOSITION_**

   -against-

SEQUENOM, INC.,

                        Defendant.

------------------------------------------------------------------x

COUNSELORS:

      PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the testimony, upon oral examination, of the defendant will be taken before a notary public, at the offices of counsel for the plaintiff, 225 Broadway, 24th Floor, New York, New York 10007, with respect to evidence material and necessary in the prosecution of this action, on January 28, 2010 at 10:00 a.m. by a witness or witnesses with knowledge as to the following:

      (a)    the agreement between the parties entered into as of October 29, 2008;

      (b)    various press releases and announcements referred to in the complaint, including the press release of April 29, 2008 (Exhibit I to the complaint);

      (c)    the reasons for the firing of chief executive officer Harry Stylli; the senior vice president of research and development Elizabeth Dragon; Paul Hawran, the chief financial office; and Steven A. Ownings, vice president of Commercial Development.

      (d)    the internal investigation by Sheppard, Mullin, Richter & Hampton;

(e) all the reasons there were problems with the SEQureDx Trisomy 21 Test and/or other tests for Down Syndrome.

(f) presentation by Sequenom at Rodman & Renshaw, including tampering of slides or adjusting of slides and data presented at the conference.

PLEASE TAKE FURTHER NOTICE that said persons are required to produce at such examination the following:

All documents requested in plaintiff's notice to produce dated January 13, 2010

Dated: New York, New York
January 13, 2010

                        JAROSLAWICZ & JAROS, LLC
                        Attorneys for Plaintiff(s)
                        225 Broadway, 24th Floor
                        New York, New York 10007
                        (212) 227-2780

                        By: _____
                             **David Jaroslawicz (DJ-6931)**

TO:

COOLEY GODWARD KRONISH LLP
Attorneys for Defendant
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6176

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

XENOMICS, INC.                                      09 Civ. 10192 (RMB)

                          Plaintiff,           ***NOTICE TO PRODUCE***

   -against-

SEQUENOM, INC.,

                         Defendant.

------------------------------------------------------------------x

COUNSELORS:

    PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, the plaintiffs hereby demand that the defendants produce the following documents and things to be inspected and copied, at the offices of JAROSLAWICZ & JAROS, LLC, 225 Broadway, 24th FLoor, New York, New York 10007, on January 28, 2010:

    1.    Defendant's documents, including electronic notes, showing why it fired chief executive officer Harry Stylli; the senior vice president of research and development Elizabeth Dragon; Paul Hawran, the chief financial office; and Steven A. Ownings, vice president of Commercial Development.

    2.    Defendant's documents, including electronic notes, showing what was erroneous about SEQureDx Trisomy 21 Test and/or other tests for Down Syndrome.

    3.    SEC filings of the defendant from 2006 to date.

    4.    Press releases of the defendant from 2006 to date.

5. All documents, including the report and any drafts regarding the internal investigation by Sheppard, Mullin, Richter & Hampton.

6. Last known home addresses for Harry Stylli, Elizabeth Dragon; Paul Hawran, and Steven A. Ownings.

Dated:    New York, New York
          January 13, 2010

                                      JAROSLAWICZ & JAROS, LLC
                                      Attorneys for Plaintiff
                                      225 Broadway, 24th Floor
                                      New York, New York 10007
                                      (212) 227-2780

By: _____
                                      ***David Jaroslawicz (DJ-6931)***

TO:

COOLEY GODWARD KRONISH LLP
Attorneys for Defendant
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6176

4