EXHIBIT M

LAW OFFICES OF
# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007
(212) 227-2780

DAVID JAROSLAWICZ
 (NY, FL & CA Bars)
ABRAHAM JAROS

January 15, 2010

Via Regular Mail
and E-mail: swieder@cooley.com
Janet Cullum, Esq.
Cooley Godward Kronish, LLP
1114 Avenue of the Americas
New York, New York 10036

   Re: <u>Xenomics, Inc. v. Sequenom, Inc.</u>

Dear Ms. Cullum:

  Plaintiff has located an additional witness whom they believe has information concerning this matter and the allegations in the complaint.

   Peter Kolchinsky, PhD.
   RA Capital Management LLC
   20 Park Plaza
   Suite 905
   Boston, MA 02116
   Office: (617) 778-2512
   Mobile: (617) 320-8789
   pkolchinsky@racap.com

      Very truly yours,

      David Jaroslawicz

DJ/mw