EXHIBIT N

AO 88 (Rev. 1/94) Subpoena in a Civil Case - SDNY WEB 4/99

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

XENOMICS,

V.

SEQUENOM, INC.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 09-CIV-10192 (RMB)

TO: Peter Kolchinsky
RA Capital Management, LLC
20 Park Plaza, Suite 905
Boston, MA 02110

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Offices of Looney & Grossman, 101 Arch Street, Boston, MA 02110 | March 23, 2010 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. All documents in either hard copy or electronic form referring to Sequenom, Inc.
2. All communications between you or anyone at RA Capital Management with any employee or representative of Sequenom, Inc.

**CONTINUED RIDER ANNEXED HERETO**

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Nancy Perlman | March 10, 2010 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David Jaroslawicz, Esq.
JAROSLAWICZ & JAROS, ESQS., 225 Broadway, 24th Floor, New York, New York 10007   (212) 227-2780

Looney & Grossman LLP
101 Arch St., 9th Fl.
Boston, MA 02110
(617) 951-2800

[1] If action is pending in district other than district of issuance, state district under case number.

## RIDER to SUBPOENA

3. All documents showing any trades made by yourself, RA Capital Management and/or any other account which you control or advise in Sequenom securities.

4. Documents including any in electronic form showing what occurred at a Rodman and Renshaw Conference at which you were present concerning Sequenom's presentation of any data or tests involving Down's Syndrome.

5. Any documents that you or anyone under your direction or control prepared or offered for presentation at the Rodman and Renshaw Conference involving Sequenom.

6. Any documents you or anyone at RA Capital Management received from Sequenom or anyone representing Sequenom dealing with alleged Down's Syndrome data testing and development.

 **Suffolk County Sheriff's Department** • 151 Merrimac Street, Boston, MA 02114 • (617) 961-6999
*Suffolk, ss.*

March 12, 2010

I hereby certify and return that on 3/11/2010 at 2:33PM I served a true and attested copy of the Subpoena and Rider to Subpoena in this action in the following manner: To wit, by delivering in hand to Amanda Daniels, Secretary, agent and person in charge at the time of service for RA Capital Management, LLC, at , 20 Park Plaza, Suite 905, Boston, MA 02118. Witness Fee ($7.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $44.00

Deputy Sheriff   Ralph Kowalski

*(signature)*
Deputy Sheriff