EXHIBIT O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
XENOMICS, INC.,

              Plaintiff,

   v.                                       09-CV-10192 (RMB)

SEQUENOM, INC.,                   ECF CASE

              Defendant.
-------------------------------------------------------- x

### INITIAL DISCLOSURES OF DEFENDANT SEQUENOM, INC.

Defendant Sequenom, Inc. ("Sequenom"), by and through its undersigned counsel, provides the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). In making these disclosures, Sequenom does not waive any objections based on relevance, materiality, privilege or other applicable grounds. These disclosures are based on the information reasonably available to Sequenom as of this date, and represent Sequenom's good faith effort to identify information Sequenom believes to be called for by Federal Rule of Civil Procedure 26(a)(1). Sequenom has not completed its review of the evidence in its possession and other potential witnesses, subjects of information and/or categories of documents may be identified as discovery proceeds. Pursuant to Federal Rule of Civil Procedure 26(e), Sequenom reserves the right to supplement, alter, or amend these disclosures as discovery progresses, as further information becomes available, or to the extent that Xenomics, Inc. ("Xenomics") amends the Complaint or particularizes its allegations of fraud.

## Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i)

Based on the information currently available to Sequenom, the individuals identified below are likely to have discoverable information which Sequenom may use to support its defenses:

> Clarke Neumann
> Vice President and General Counsel
> Sequenom, Inc.
> c/o Cooley Godward Kronish LLP
> 1114 Avenue of the Americas
> New York, New York 10036

Mr. Neumann has knowledge of the drafting and negotiation of the License Agreement between Sequenom and Xenomics, dated October 29, 2008 (the "License Agreement"). Mr. Neumann may be reached via counsel of record for Sequenom.

> Dereck Tatman
> Vice President of Business Development
> Sequenom, Inc.
> c/o Cooley Godward Kronish LLP
> 1114 Avenue of the Americas
> New York, New York 10036

Mr. Tatman has knowledge of the drafting and negotiation of the License Agreement. Mr. Tatman may be reached via counsel of record for Sequenom.

## Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii)

To the extent such documents and information are currently within its custody or control, Sequenom presently intends to support its defenses with the following categories of documents:

1. Documents concerning the drafting and negotiation of the License Agreement.

To the extent they are in Sequenom's possession, custody or control, these documents are located at Sequenom's corporate headquarters in San Diego, California. Sequenom does not presently intend to support its defenses with tangible things in its possession, custody or control.

2

**Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii)**

Sequenom does not seek damages in this action.

**Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv)**

There is no applicable insurance agreement.

Dated: January 28, 2010

By: *Janet L. Cullum /KK*

Janet L. Cullum (JC 1925)
Stephen A. Wieder (SW 1442)
Katie Krajeck (KK 7412)

COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000 (phone)
(212) 479-6275 (fax)

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I, KATIE KRAJECK, an attorney duly admitted to practice in the State of New York, certify and swear under penalty of perjury that, on January 28, 2010, I caused a true and correct copy of the INITIAL DISCLOSURES OF DEFENDANT SEQUENOM, INC. to be served upon the following by e-mail and Federal Express overnight mail:

> David Jaroslawicz, Esq.
> Jaroslawicz & Jaros, LLC
> 225 Broadway, 24th Floor
> New York, New York 10007
>
> davidjaroslawicz@yahoo.com

By: _____
Katie Krajeck, Esq.