EXHIBIT U

17/09 10:15 FAX                    JUDGE BERMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
　　　　Xenomics
　　　　　　　Plaintiff(s),

　　　　　　-v-　　　　　　　　　　　　　　　09 CV. 10192 (RMB)

　　　　Sequenom
　　　　　　　Defendant(s).
----------------------------------------------------------X

Case Management Plan

　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)　Joinder of additional parties by Friday, April 16, 2010

(ii)　Amend the pleadings by Monday, 7/12/10 ~~August 2, 2010~~ RMB

(iii)　All discovery to be expeditiously completed by Tuesday, July 12, 2010 ~~September~~ RMB

(iv)　Consent to Proceed before Magistrate Judge No.

(v)　Status of settlement discussions　Some discussion, principle-to-principle; no resolution. 7/12/10 @ 9:00 with principals

Sections vi through xi will be set at conference with the Court.

(vi)　Motions by 2/23/10; response by 3/19/10; reply 3/26/10 -- "on submission" + page lim. w/ reply

(vii)　Oral Argument

(viii)　Joint Pre-Trial Order to be submitted by

(ix)　Final Pre-Trial Conference

(x)　Trial

(xi)　Other Refer discovery to Mag Fox:

SO ORDERED: New York, New York
　　　　　　2/16/10

　　　　　　　　　　　　　　　　　　　　　　　　　　　　RMB
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Richard M. Berman, U.S.D.J.